JAMERSON C. ALLEN (SBN #132866)
JOANNA L. BROOKS (SBN #182986)
DYLAN B. CARP (SBN #196846)
DOUGLAS M. BRIA (SBN #226922)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401
Email: allenj@jacksonlewis.com
brooksj@jacksonlewis.com
carpd@jacksonlewis.com
briad@jacksonlewis.com

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

LINDA M. DARDARIAN (SBN #131001)
RACHEL E. BRILL (SBN #233294)
JASON H. TARRICONE (SBN #247508)
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: 510.763.9800
Facsimile: 510.835.1417
Email: ldardarian@gdblegal.com
rbrill@gdblegal.com
jtarricone@gdblegal.com

Co-Counsel for Plaintiffs
THOMAS FOLEY, VITA ZAVOLI, LILLIAN
SCAIFE, AND THE CALIFORNIA
COUNCIL OF THE BLIND

LAINEY FEINGOLD (SBN #99226)
LAW OFFICES OF LAINEY FEINGOLD
1524 ScenicAvenue
Berkeley, CA 94708
Telephone: 510.548.5062
Email: LF@LFLegal.com

Co-Counsel for Plaintiffs
THOMAS FOLEY, VITA ZAVOLI, LILLIAN
SCAIFE, AND THE CALIFORNIA
COUNCIL OF THE BLIND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FOLEY, VITA ZAVOLI, LILLIAN SCAIFE, AND THE CALIFORNIA COUNCIL OF THE BLIND,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORP.,<br><br>Defendant. | Case No.: C10-03882 JCS<br><br>**STIPULATION FOR EXTENSION OF DATES FOR CASE MANAGEMENT CONFERENCE, HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEADLINE FOR INITIAL DISCLOSURES**<br><br>Courtroom: A<br>Judge: Hon. Magistrate Judge Joseph C. Spero |

WHEREAS Plaintiffs, THOMAS FOLEY, VITA ZAVOLI, LILLIAN SCAIFE, AND THE CALIFORNIA COUNCIL OF THE BLIND ("Plaintiffs") AND Defendant JETBLUE AIRWAYS CORPORATION ("Defendant") (collectively the "parties"), by their undersigned

1

STIPULATION FOR EXTENSION OF DATES                                      Case No.: C10-03882 JCS

1  counsel, have agreed to participate in an informal settlement conference scheduled for
2  December 6, 2010.
3     WHEREAS the parties seek to extend the current dates scheduled for the initial Case
4  Management Conference, the hearing on Defendant's pending Motion to Dismiss, and the Initial
5  Disclosures in order to allow the parties the opportunity to attempt to resolve their pending
6  disputes before incurring unnecessary attorneys' fees and expenses.
7     **IT IS HEREBY STIPULATED AS FOLLOWS:**
8     1.   The initial Case Management Conference currently scheduled for December 10,
9  2010 shall be rescheduled for February 25, 2011 at 9:30 a.m.
10    2.   The parties shall meet and confer pursuant to Rule 26(f) and Magistrate Judge
11 Spero's Standing Order by no later than January 28, 2011.
12    3.   The parties' Joint Case Management Conference Statement shall be filed no later
13 than February 11, 2011.
14    4.   The hearing on Defendant's Motion to Dismiss currently scheduled for
15 December 10, 2010 shall be rescheduled for February 25, 2011 at 9:30 a.m. Plaintiff's opposition
16 shall be due on January 28, 2011. Defendant's reply brief shall be due on February 4, 2011.
17    5.   If the Court denies Defendant's Motion to Dismiss, the parties' Initial Disclosures
18 shall be due fifteen (15) calendar days following the Court's ruling on same.

Dated: November 12, 2010

JACKSON LEWIS LLP

By: _____/s/_____
Jamerson C. Allen
JoAnna L. Brooks
Dylan B. Carp
Douglas M. Bria
Attorney for Defendant
JETBLUE AIRWAYS CORPORATION

///

///

2

STIPULATION FOR EXTENSION OF DATES                                       Case No.: C10-03882 JCS

1  Dated: November 12, 2010

2  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

4  By:       /s/
   Linda M. Dardarian
5  Rachel E. Brill
   Jason H. Tarricone
6  Attorneys for Plaintiffs
   THOMAS FOLEY, VITA ZAVOLI,
7  LILLIAN SCAIFE, AND THE
   CALIFORNIA COUNCIL OF THE
8  BLIND

9  **IT IS SO ORDERED.**

10 Dated: November 15, 2010

   _____
   Judge Joseph C. Spero
   United States Magistrate Judge

13 4818-7913-2680, v. 1

---

3

STIPULATION FOR EXTENSION OF DATES      Case No.: C10-03882 JCS