```
1  JAMERSON C. ALLEN (State Bar No. 132866)
   JOANNA L. BROOKS (State Bar No. 182986)
2  DYLAN B. CARP (State Bar No. 196846)
   DOUGLAS M. BRIA (State Bar No. 226922)
3  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
4  San Francisco, CA  94105
   Telephone     415.394.9400
5  Facsimile:    415.394.9401
   Email:        brooksj@jacksonlewis.com
6
   Attorneys for Defendant
7  JETBLUE AIRWAYS CORPORATION

8  LINDA M. DARDARIAN (State Bar No. 131001)
   RACHEL E. BRILL (State Bar No. 233294)
9  JASON H. TARRICONE (State Bar No. 247508)
   GOLDSTEIN, DEMCHAK, BALLER, BORGEN
10 & DARDARIAN
   300 Lakeside Drive, Ste. 1000
11 Oakland, CA  94612
   Telephone     510.763.9800
12 Facsimile:    510.835.1417
   Email:        ldardarian@gdblegal.com
13
   LAINEY FEINGOLD (State Bar No. 99226)
14 LAW OFFICE OF LAINEY FEINGOLD
   1524 Scenic Avenue
15 Berkeley, CA  94708
   Telephone: 510.548-5062
16
   Attorneys for Plaintiffs
17 THOMAS FOLEY, VITA ZAVOLI, LILLIAN
   SCAIFE, AND THE CALIFORNIA COUNCIL OF
18 THE BLIND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS FOLEY, VITA ZAVOLI, LILLIAN SCAIFE, AND THE CALIFORNIA COUNCIL OF THE BLIND,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORP.,<br><br>Defendant. | Case No.:  C10-03882 JCS<br><br>**STIPULATION TO CONTINUE DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES, TO CONTINUE CASE MANAGEMENT CONFERENCE, AND TO CONTINUE HEARING ON MOTION TO DISMISS**<br><br>Courtroom:  A<br>Judge:      Hon. Magistrate Judge<br>            Joseph C. Spero |
|---|---|

1

WHEREAS Plaintiffs THOMAS FOLEY, VITA ZAVOLI, LILLIAN SCAIFE, AND THE CALIFORNIA COUNCIL OF THE BLIND ("Plaintiffs") and Defendant JETBLUE AIRWAYS CORPORATION ("Defendant") (collectively the "parties"), by their undersigned counsel, are continuing to make progress on informal settlement discussions;

WHEREAS the parties seek to extend the current deadline for the exchange of initial disclosures, continue the case management conference currently scheduled for March 25, 2011, and continue the hearing on Defendant's pending Motion to Dismiss currently scheduled for March 25, 2011 to allow the parties the opportunity to attempt to resolve their pending disputes before incurring unnecessary attorneys' fees and expenses;

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. The deadline to exchange initial disclosures is continued by 90 days;

2. The hearing on JetBlue's motion to dismiss currently scheduled for March 25, 2011 is continued for 90 days;

3. The case management conference currently scheduled for March 25, 2011 is continued for 90 days; and

4. The deadline to file a joint case management conference statement currently scheduled for March 18, 2011 is continued for 90 days.

Dated: March 15, 2011            JACKSON LEWIS LLP

By: _____
Dylan B. Carp
Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

Dated: March 15, 2011

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: _____ /RFB
Linda Dardarian
Attorneys for Plaintiffs

1   IT IS SO ORDERED THAT the hearing on the Motion to Dismiss and Case Management
2   Conference set for 3/25/11 at 1:30 PM, has been continued to June 24, 2011 at 9:30 a.m.
    A joint case management conference statement shall be due by June 17, 2011.

Dated:  3/16/11

JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

4838-9777-1785, v. 1