JAMERSON C. ALLEN (SBN #132866)
JOANNA L. BROOKS (SBN #182986)
DYLAN B. CARP (SBN #196846)
DOUGLAS M. BRIA (SBN #226922)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone:    415.394.9400
Facsimile:     415.394.9401
Email:          allenj@jacksonlewis.com
                   brooksj@jacksonlewis.com
                   carpd@jacksonlewis.com
                   briad@jacksonlewis.com

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

LINDA M. DARDARIAN (SBN #131001)
RACHEL E. BRILL (SBN #233294)
JASON H. TARRICONE (SBN #247508)
GOLDSTEIN, DEMCHAK, BALLER,
          BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:    510.763.9800
Facsimile:     510.835.1417
Email:          ldardarian@gdblegal.com
                   rbrill@gdblegal.com
                   jtarricone@gdblegal.com

Co-Counsel for Plaintiffs
THOMAS FOLEY, VITA ZAVOLI, LILLIAN
SCAIFE, AND THE CALIFORNIA
COUNCIL OF THE BLIND

LAINEY FEINGOLD (SBN #99226)
LAW OFFICES OF LAINEY FEINGOLD
1524 Scenic Avenue
Berkeley, CA  94708
Telephone:    510.548.5062
Email:          LF@LFLegal.com

Co-Counsel for Plaintiffs
THOMAS FOLEY, VITA ZAVOLI, LILLIAN
SCAIFE, AND THE CALIFORNIA
COUNCIL OF THE BLIND

1

STIPULATION TO RESCHEDULE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE,
TO PERMIT PARTIES TO FILE SUPPLEMENTAL BRIEFS AND TO PERMIT DEFENDANT TO FILE REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FOLEY, VITA ZAVOLI, LILLIAN SCAIFE, AND THE CALIFORNIA COUNCIL OF THE BLIND,<br><br>               Plaintiffs,<br><br>    v.<br><br>JETBLUE AIRWAYS CORP.,<br><br>               Defendant. | Case No. C10-03882 JCS<br><br>**SECOND STIPULATION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE, TO PERMIT THE PARTIES TO FILE SUPPLEMENTAL BRIEFS, AND TO PERMIT DEFENDANT TO FILE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; [~~PROPOSED~~] ORDER** |

Date:       July 22, 2011
Time:      9:30 a.m.
Courtroom: A
Judge:    Hon. Magistrate Judge
              Joseph C. Spero

WHEREAS the initial Case Management Conference in this action and the hearing on Defendant's motion to dismiss were postponed to June 24, 2011 to enable the parties to participate in early settlement negotiations;

WHEREAS the parties have been unable to reach a settlement;

WHEREAS defense counsel has a conflict on the date currently scheduled for the next case management conference and the hearing on Defendant's motion;

WHEREAS Defendant notified the Court of the recent decision in *National Federation of the Blind v. United Airlines, Inc.*, United States District Court, Northern District of California, Docket No. 3:10-cv-04816-WHA ("*National Federation of the Blind v. United Airlines, Inc.*"), whereby the Court held that plaintiff's claims that United Airlines violated California's Unruh Civil Rights Act, California Civil Code §§ 51-51.13 and the Disabled Persons Act, California Civil Code §§ 54-54.9, by allegedly not making its automated kiosks in California airports accessible to blind passengers in a particular manner, were federally preempted under the Air Carrier Access Act ("ACCA"), 49 U.S.C. § 41705 and the Airline Deregulations Act of 1978 ("Deregulation Act") 49 U.S.C. § 41713.

1    WHEREAS the parties seek to submit supplemental briefing to this Court on Defendant's

2  motion to dismiss in light of the recent developments in the case of *National Federation of the*

3  *Blind v. United Airlines, Inc.*     Brief shall be filed no later than July 1, 2011; limited to  no more
                                         than five pages in length.

4    WHEREAS Defendant also seeks to have the Court take judicial notice of the United

5  States Department of Transportation statement of opinion in *National Federation of the Blind v.*

6  *United Airlines, Inc.*

7    **IT IS HEREBY STIPULATED AS FOLLOWS:**

8    1.    The hearing on Defendant's Motion to Dismiss currently scheduled for June 24,

9  2011 shall be rescheduled for July 22, 2011 at 9:30 a.m.;

10    2.    The Case Management Conference currently scheduled for June 24, 2011 shall

11  also be rescheduled for July 22, 2011 at 9:30 a.m.;

12    3.    Defendant JetBlue Airways Corp. may file a Request for Judicial Notice of the

13  Statement of Interest by the United States in *National Federation of the Blind v. United Airlines,*

14  *Inc.*; and

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION TO RESCHEDULE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE,
TO PERMIT PARTIES TO FILE SUPPLEMENTAL BRIEFS AND TO PERMIT DEFENDANT TO FILE REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

4.    Within 30 calendar days after entry of an Order based on this Stipulation, Plaintiffs and Defendant may each file a brief of up to 15 pages to address the statement of interest, or as may otherwise be ordered by the Court.

Dated:  May 11, 2011

JACKSON LEWIS LLP


By:    _____/s/_____
Jamerson C. Allen
JoAnna L. Brooks
Dylan B. Carp
Douglas M. Bria
Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

Dated:  May 11, 2011

GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN


By:    _____/s/_____
Linda M. Dardarian
Rachel E. Brill
Jason H. Tarricone
Attorneys for Plaintiffs
THOMAS FOLEY, VITA ZAVOLI,
LILLIAN SCAIFE, AND
THE CALIFORNIA COUNCIL OF
THE BLIND

**IT IS SO ORDERED.**

Dated:  May __19__, 2011

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4831-6499-4313, v. 2